## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Michael S. Rywelski, | Case No. 12-41945 |
| Debtor. | Honorable Janet S. Baer |

### NOTICE OF MOTION

TO:    See attached Service List

    On October 29, 2015, at 9:30 a.m., I shall appear before Bankruptcy Judge Janet S. Baer, 219 South Dearborn Street, Courtroom 615, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay filed by JPMorgan Chase Bank, N.A., at which time and place you may appear if you so see fit.

                                                  HEAVNER, BEYERS & MIHLAR, LLC
                                                  Attorneys at Law
                                                  Heather M. Giannino (ARDC #6299848)
                                                  111 East Main Street
                                                  Post Office Box 740
                                                  Decatur, Illinois 62525-0740
                                                  (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

    I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorneys via electronic notice on October 20, 2015, and as to the Debtor and Co-Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 20th day of October, 2015.

                                                                */s/ Heather M. Giannino*
                                                                 Heather M. Giannino

-2-
## Service List

**Service By Mail:**

Michael S. Rywelski
657 N. Clark Drive
Palatine, IL 60074

Sandra Rywelski
657 N. Clark Dr.
Palatine, IL 60074

**Service By Electronic Notification Through ECF:**

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065

Penelope N. Back
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Michael S. Rywelski, | Case No. 12-41945 |
| Debtor. | Honorable Janet S. Baer |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

NOW COMES JPMorgan Chase Bank, N.A. (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and the Co-Debtor Stay pursuant to the United States Bankruptcy Code, Section 1301, or in the alternative to dismiss, and as cause for its motion states as follows:

1. The Debtor filed a petition for relief for relief under Chapter 13 of the United States Bankruptcy Code on October 23, 2012.

2. Movant is a secured creditor of the Debtor and Co-Debtor, Sandra Rywelski, pursuant to a Retail Installment Contract ("Contract") executed on April 2, 2012. A copy of the Contract is attached hereto and made a part hereof as Exhibit "A".

3. Pursuant to this Contract, Movant was granted a security interest in a 2012 Subaru Forester, VIN: JF2SHBBC0CH440828 ("Vehicle"), which has been perfected by Movant recording its lien on the title to the vehicle. A copy of the Title is attached hereto and made a part hereof as Exhibit "B".

4. The Debtor is in default under the terms of the Contract for failure to make the installment payments due July 2, 2015, and each month thereafter.

5. Under the terms of the Contract, Movant is entitled to possession of its vehicle in the event of default.

6. The outstanding balance of this account is $13,984.09, plus accrued late charges, attorney's fees and costs.

7. Movant believes the Debtor has no non-exempt equity in the vehicle and the vehicle is not necessary for the Debtor's successful reorganization.

8. Movant is also entitled to relief pursuant to 11 U.S.C. 1301(c)(3) as the Creditor's interest would be irreparably harmed by the continuation of the Co-Debtor stay.

9. Movant's security interest is not adequately protected since the vehicle is rapidly depreciating in value while payments are not being made to the creditor.

10. Movant further requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Wherefore, JPMorgan Chase Bank, N.A., prays that this Court enter an Order finding Movant is entitled to possession of the vehicle, modifying the automatic stay to allow JPMorgan Chase Bank, N.A., its successors and/or assignees, to foreclose on its security interest in the vehicle, as provided by relevant state law, for leave to file an amended Proof of Claim, to be paid as timely filed for any deficiency following the sale, waiving Bankruptcy Rule 4001(a)(3) and for such other relief as the Court deems just.

JPMorgan Chase Bank, N.A.,

By: /s/ Heather M. Giannino
One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

-3-

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.