UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-41945 |
| MICHAEL S. RYWELSKI | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT**

THIS CAUSE coming to be heard on the Debtor's Motion to Incur Debt, the Court having jurisdiction over the subject matter, and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The Debtor is authorized to incur debt to purchase a 2014 Nissan Versa with a monthly payment in the amount of $389.91.

2. Notice is reduced to notice given in this matter (8 days).

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 31, 2015

**Prepared by:**

Paul M. Bach ARDC #6209530
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181